Submitted on record and briefs April 12, conviction affirmed; remanded for resentencing May 12, 1993

STATE OF OREGON,
*Respondent,*

*v.*

CHRISTOPHER MICHAEL MORGAN,
*Appellant.*

(92CR-0594; CA A75012)

851 P2d 636

Sally L. Avera, Public Defender, and Mary M. Reese, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, Janet A. Metcalf, Assistant Attorney General, and Ann (Micky) Feusse, Certified Law Student, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for burglary in the first degree. ORS 164.225. Under the sentencing guidelines, that conviction, with the enhancing factor that defendant threatened physical injury to the victim, results in a crime seriousness category of 9. OAR 253-04-002(2). The court sentenced defendant to 37 months imprisonment and 60 months post-prison supervision.

The state concedes that 60 months post-prison supervision exceeds the maximum allowed by law. We accept that concession.

Conviction affirmed; remanded for resentencing.